UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
TRESSA GATTINELLA and KRISTINA LENGYEL,
individually and on behalf                                    Civil Action No.: 14-CV-5731 (WHP)
of all others similarly situated,
                    *Plaintiffs,*

    v.


MICHAEL KORS (USA), INC.; MICHAEL KORS,
L.L.C.; MICHAEL KORS RETAIL, INC.; and
MICHAEL KORS STORES, L.L.C.;


                    *Defendants.*
-----------------------------------------------------------------------x

## NOTICE OF SETTLEMENT

      Plaintiffs, Tress Gattinella and Kristina Lengyel, and Defendants, Michael Kors (USA), Inc., Michael Kors, L.L.C, Michael Kors Retail, Inc., and Michael Kors Stores, L.L.C., through their respective undersigned counsel, hereby notify the Court that on April 2, 2015, Defendant reached an agreement in principle to settle the above-captioned matter on a class-wide basis. The proposed settlement will be memorialized in a complete written settlement agreement and related documents, which the parties will endeavor to file with the Court as part of a motion for preliminary approval within approximately thirty (30) days.

      Based on the foregoing, the parties respectfully request that all current deadlines set forth in the Court's Scheduling Order [DE # 36] be suspended pending the filing of the proposed Settlement Agreement.

12613-002/00597544_1

Dated: April 8, 2015

        Respectfully submitted,

        **KOPELOWITZ OSTROW P.A.**
        200 S.W. 1st Avenue, 12th Floor
        Fort Lauderdale, FL 33301
        Telephone: (954) 525-4100
        Facsimile: (954) 525-4300
        By: /s/ *Jeffrey M. Ostrow*
        Jeffrey M. Ostrow (*pro hac vice*)
        Florida Bar No.: 121452
        ostrow@kolawyers.com
        Scott A. Edelsberg (*pro hac vice*)
        Fla. Bar No. 100537
        edelsberg@kolawyers.com
        Jason H. Alperstein
        SDNY Bar No.: JA1209
        alperstein@kolawyers.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 8th day of April, 2015, true and correct copies of the foregoing were served via electronic mail upon the following:

Leslie Gordon Fagen, Esq.
Walter Rieman, Esq.
Darren W. Johnson, Esq.
Danielle B. Polebaum, Esq.
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
285 Avenue of the Americas
New York, NY 10019-6064
Phone: (212) 373-3710
Fax:   (212) 492-0710
Email: lfagen@paulweiss.com
Email: wrieman@paulweiss.com
Email: djohnson@paulweiss.com
Email: dpolebaum@paulweiss.com

        *s/ Jason H. Alperstein*
        Jason H. Alperstein